1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR-10-0488 PJH
                                        )
14              Plaintiff,              )   ORDER TO EXCLUDE TIME UNDER
                                        )   THE SPEEDY TRIAL ACT
15       v.                             )
                                        )
16  JAMES DALE BROWN,                   )
                                        )
17              Defendant.              )
                                        )
18

19       The parties appeared for a status conference on August 27, 2010.  The matter was

20  continued to September 3, 2010 for detention hearing.  The government is in the process of

21  producing discovery, subject to a protective order.  Defense counsel will require time to review

22  the discovery.  Based upon the representation of counsel and for good cause shown, the Court

23  finds that failing to exclude the time between August 27, 2010 and September 3, 2010 would

24  unreasonably deny the government and the defense the reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

26  The Court further finds that the ends of justice served by excluding the time between August 27,

27  2010 and September 3, 2010 from computation under the Speedy Trial Act outweigh the best

28  interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the

ORDER TO EXCLUDE TIME
CR-10-0488 PJH

1  time between August 27, 2010 and September 3, 2010 shall be excluded from computation under
2  the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4  DATED: Sept. _1_, 2010                    _____
                                             HONORABLE DONNA M. RYU
                                             United States Magistrate Judge

ORDER TO EXCLUDE TIME
CR-10-0488 PJH                    -2-