```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

     1301 Clay Street, Suite 340-S
     Oakland, California 94612
     Telephone:  (510) 637-3740
     Facsimile:  (510) 637-3724
     E-Mail:     Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0488 PJH |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| v. ) | |
| ) | |
| JAMES DALE BROWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties appeared for a detention hearing on September 3, 2010. The parties appeared for a status conference on September 22, 2010. The matter was continued to November 3, 2010 for further status. The government produced a first tranche of discovery prior to the detention hearing. The government is preparing a second tranche of discovery. Defense counsel continues to review the discovery. In addition, defense intends to schedule a time to review certain electronic discovery at the government's forensic laboratory. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 3, 2010 and November 3, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice

1  served by excluding the time between September 3, 2010 and November 3, 2010 from
2  computation under the Speedy Trial Act outweigh the best interests of the public and the
3  defendant in a speedy trial.  Therefore, it is hereby ordered that the time between September 3,
4  2010 and November 3, 2010 shall be excluded from computation under the Speedy Trial Act.  18
5  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: September 23 , 2010                    _____
                                                 HONORABLE LAUREL BEELER
8                                                United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
No. CR-10-0488 PJH                            -2-