1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
6       1301 Clay Street, Suite 340-S
        Oakland, California 94612
7       Telephone:  (510) 637-3740
        Facsimile:  (510) 637-3724
8       E-Mail:     Joshua.Hill2@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-10-0488 PJH
                                     )
14          Plaintiff,                )   [PROPOSED] ORDER TO EXCLUDE
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
15      v.                           )
                                     )
16  JAMES DALE BROWN,                )
                                     )
17          Defendant.                )
                                     )
18

19      The parties appeared for a status conference on November 3, 2010. The matter was
20  continued to January 12, 2011 for further status or change of plea. Defense counsel continues to
21  review the discovery produced by the government. Defense intends to schedule a time to review
22  certain electronic discovery at the government's forensic laboratory. In addition, defense counsel
23  intends to arrange for a psychological evaluation of the defendant. Based upon the representation
24  of counsel and for good cause shown, the Court finds that failing to exclude the time between
25  November 3, 2010 and January 12, 2011 would unreasonably deny the government and the
26  defense the reasonable time necessary for effective preparation, taking into account the exercise
27  of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice
28  served by excluding the time between November 3, 2010 and January 12, 2011 from computation

under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between November 3, 2010 and January 12, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November _5_, 2010

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge