1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Criminal Chief
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340-S
6        Oakland, California 94612
         Telephone:  (510) 637-3740
7        Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-10-00488-PJH
                                     )
14              Plaintiff,           )   STIPULATION AND ORDER TO
                                     )   CONTINUE STATUS CONFERENCE
15         v.                        )   AND EXCLUDE TIME UNDER THE
                                     )   SPEEDY TRIAL ACT
16  JAMES DALE BROWN,                )
                                     )
17              Defendant.           )
                                     )
18

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20  attorney, Joshua Hill, and the defendant through his attorney, Robert Beles, that the status
21  hearing presently set for January 12, 2011, be continued to February 2, 2011 at 2:30 p.m. before
22  the Honorable Phyllis J. Hamilton for change of plea.  Defense counsel requires additional time
23  to review the discovery, conduct any necessary investigation, and confer with the defendant
24  regarding the terms of a possible plea agreement.  The parties agree that the delay is not
25  attributable to lack of diligent preparation on the part of the attorney for the government or
26  defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be
27  excluded based on the defense's need for reasonable time necessary for effective preparation,
28  taking into account the exercise of due diligence.  The parties agree that the waiver covers all

STIP AND ORDER TO EXCLUDE TIME
No. CR-10-0488-PJH

time between the date of this stipulation and February 2, 2011.

IT IS SO STIPULATED:

Dated: January 5, 2011                                         /S/
                                                ROBERT J. BELES
                                                *Attorney for Defendant*


Dated: January 5, 2011                                         /S/
                                                JOSHUA HILL
                                                Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 12, 2011 is hereby rescheduled for February 2, 2011 at 2:30 p.m. before the Honorable Phyllis J. Hamilton for change of plea.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 5, 2011 and February 2, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 5, 2011 and February 2, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between January 5, 2011 and February 2, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January  5, 2011                        _____
                                                HONORABLE DONNA M. RYU
                                                United States Magistrate Court Judge